Matter of Pastor v White (2023 NY Slip Op 02223)

Matter of Pastor v White

2023 NY Slip Op 02223

Decided on April 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., PERADOTTO, BANNISTER, MONTOUR, AND GREENWOOD, JJ.

292 CA 22-00199

[*1]IN THE MATTER OF THE ACCOUNTING BY CHERYL M. PASTOR, AS EXECUTOR OF THE ESTATE OF JOHN W. MORRISON, DECEASED, PETITIONER-RESPONDENT. IN THE MATTER OF THE ACCOUNTING BY CHERYL M. PASTOR, AS EXECUTOR OF THE JOHN W. MORRISON RESIDUARY TRUST, PETITIONER-RESPONDENT;
v
DYANNA M. WHITE, OBJECTANT-APPELLANT.

FALCON RAPPAPORT & BERKMAN PLLC, ROCKVILLE CENTER (LORI J. PERLMAN OF COUNSEL), FOR OBJECTANT-APPELLANT. 
HANCOCK ESTABROOK, LLP, SYRACUSE (ALAN J. PIERCE OF COUNSEL), FOR PETITIONER-RESPONDENT. 

 Appeal from an amended order of the Surrogate's Court, Jefferson County (Eugene R. Renzi, S.), entered December 2, 2021. The amended order dismissed objection 10 of the amended objections of Dyanna M. White. 
It is hereby ORDERED that the amended order so appealed from is unanimously affirmed without costs.
Entered: April 28, 2023
Ann Dillon Flynn
Clerk of the Court